NUMBER  13-01-542-CR

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 



CORPUS CHRISTI

 



 



IN RE: JOHN ROBERT LEE

 



 

On Petition for Writ of Mandamus



 



 

OPINION AND ORDER

 

Before Chief
Justice Valdez and Justices Hinojosa and Rodriguez 

Opinion
and Order Per Curiam

 

          In accordance with the Texas Court of
Criminal Appeals opinion, Bañales v. Ct. of
App. for the Thirteenth Jud. Dist., No. 74,307, slip op. at 3, 2002 Tex.
Crim. App. LEXIS 108, at *5 (May 22, 2002) (orig. proceeding), we withdraw our
opinion and order issued in this case on February 28, 2002, and deny relator’s
petition for writ of mandamus.  See Tex.
R. App. P. 52.8(a).

                                                                             PER
CURIAM

 

 

Publish.

Tex. R.
App. P. 47.3.

 

Opinion and order delivered and
filed

this 29th day of May, 2002.